**FILED**

APR 1 4 2026

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:26-cr-047 |
| v. | INDICTMENT |
| MATTHEW AARON GRAGG, and NICOLE LYNN BOLTON, | T. 18 U.S.C. § 2 <br> T. 26 U.S.C. § 7202 <br> T. 26 U.S.C. § 7206(1) |
| Defendants. | |

**THE GRAND JURY CHARGES:**

*Introduction as to all Counts*

At all times relevant to this Indictment:

1.     Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON resided in the Southern District of Iowa.

2.     The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNTS 1-16</u>
**(Failure to Account for and Pay Over Trust Fund Taxes)**

3.     The allegations in paragraphs 1 through 2 of this Indictment are re-alleged and incorporated by reference.

4.     Always Towing & Recovery Inc. was a corporation doing business in the Southern District of Iowa.

5.    Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON were the owners of Always Towing & Recovery Inc. and exercised control over its day-to-day operations and financial affairs.

**Employment Tax Withholding**

6.    Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes. These taxes will be referred to in this Indictment collectively as "trust fund taxes" because employers hold the withheld amounts in trust until paid over to the United States. Employers are required to remit these withheld, trust fund amounts to the IRS.

7.    In addition to the trust fund taxes that must be withheld from pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes withheld (individual income, Social Security and Medicare taxes) and the matching amounts contributed by the employer to Social Security and Medicare.

8.    Employers are required to file, one month after the conclusion of the calendar quarter, an Employer's Quarterly Federal Tax Return, Form 941

("Form 941"), setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

9. A person is responsible for collecting, accounting for, and paying over an employer's employment taxes if the person has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control in fact.

10. Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON exercised control over Always Towing & Recovery Inc.'s financial affairs by, among other acts, approving payments, signing checks, and controlling bank accounts; thus, they were responsible persons for collecting trust fund taxes, accounting for the employment taxes by filing Forms 941 with the IRS, and paying over to the IRS the employment taxes for Always Towing & Recovery Inc.'s employees.

**Statutory Allegations**

11. Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON were persons required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of Always Towing & Recovery Inc., the trust fund taxes imposed on its employees by the Internal Revenue Code.

12. On or about the dates listed below, for each of the calendar quarters listed below, in the Southern District of Iowa, defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON did willfully fail to collect, truthfully account

for, and pay over, the trust fund taxes due and owing to the IRS in the approximate amounts set forth below on behalf of the employees of Always Towing & Recovery Inc.

| Count | Calendar Quarter Ending | Due Date of Form 941 | Trust Fund Taxes Due and Owing |
|---|---|---|---|
| 1 | March 31, 2020 | April 30, 2020 | 2,310.78 |
| 2 | June 30, 2020 | July 31, 2020 | 1,636.36 |
| 3 | September 30, 2020 | October 31, 2020 | 1,043.34 |
| 4 | December 31, 2020 | January 31, 2021 | 1,307.42 |
| 5 | March 31, 2021 | April 30, 2021 | 1,452.58 |
| 6 | June 30, 2021 | July 31, 2021 | 1,421.38 |
| 7 | September 30, 2021 | October 31, 2021 | 1,121.01 |
| 8 | December 31, 2021 | January 31, 2022 | 3,188.42 |
| 9 | March 31, 2022 | April 30, 2022 | 2,947.71 |
| 10 | June 30, 2022 | July 31, 2022 | 2,966.44 |
| 11 | September 30, 2022 | October 31, 2022 | 2,873.49 |
| 12 | December 31, 2022 | January 31, 2023 | 3,043.51 |
| 13 | March 31, 2023 | April 30, 2023 | 3,062.34 |
| 14 | June 30, 2023 | July 31, 2023 | 2,580.55 |
| 15 | September 30, 2023 | October 31, 2023 | 2,817.62 |
| 16 | December 31, 2023 | January 31, 2024 | 3,239.91 |

Each of the above counts is a violation of Title 26, United States Code, Section 7202, and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 17</u>
**(Making and Subscribing a False Tax Return)**

13.    The allegations in paragraphs 1 through 2 of this Indictment are re-alleged and incorporated by reference.

14.    On or about February 3, 2020, in the Southern District of Iowa, Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON, residents of Iowa City, Iowa, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return, Form

1040, for the calendar year 2019, which was verified by a written declaration that it was made under the penalties of perjury and which defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON did not believe to be true as to every material matter.  Line 17 of said Form 1040 reported federal income tax withheld from Forms W-2 and 1099 in the amount of $45,035, and line 19 of said Form 1040 reported total payments in the amount of $45,035, whereas, as defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON then and there well knew and believed, defendants did not have federal income tax withheld from Forms W-2 and 1099 for the calendar year 2019 in the amount of $45,035 and did not make total payments in the amount of $45,035.

This is a violation of Title 26, United States Code, Section 7206(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 18**</u>
**(Making and Subscribing a False Tax Return)**

15.    The allegations in paragraphs 1 through 2 of this Indictment are re-alleged and incorporated by reference.

16.    On or about April 14, 2021, in the Southern District of Iowa, Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON, residents of Iowa City, Iowa, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return, Form 1040, for the calendar year 2020, which was verified by a written declaration that it was made under the penalties of perjury and which defendants MATTHEW AARON GRAGG

and NICOLE LYNN BOLTON did not believe to be true as to every material matter. Line 25a of said Form 1040 reported federal income tax withheld from Forms W-2 in the amount of $40,491, and line 33 of said Form 1040 reported total payments in the amount of $40,491, whereas, as defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON then and there well knew and believed, defendants did not have federal income tax withheld from Forms W-2 for the calendar year 2020 in the amount of $40,491 and did not make total payments in the amount of $40,491.

This is a violation of Title 26, United States Code, Section 7206(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 19**</u>
**(Making and Subscribing a False Tax Return)**

17.    The allegations in paragraphs 1 through 2 of this Indictment are re-alleged and incorporated by reference.

18.    On or about March 26, 2022, in the Southern District of Iowa, Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON, residents of Solon, Iowa, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return, Form 1040, for the calendar year 2021, which was verified by a written declaration that it was made under the penalties of perjury and which defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON did not believe to be true as to every material matter. Line 25a of said Form 1040 reported federal income tax withheld from Forms W-2 in the amount of $41,149, and line 33 of said Form 1040 reported total payments

in the amount of $44,149, whereas, as defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON then and there well knew and believed, defendants did not have federal income tax withheld from Forms W-2 for the calendar year 2021 in the amount of $44,149 and did not make total payments in the amount of $44,149.

This is a violation of Title 26, United States Code, Section 7206(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 20**</u>
**(Making and Subscribing a False Tax Return)**

19.     The allegations in paragraphs 1 through 2 of this Indictment are re-alleged and incorporated by reference.

20.     On or about April 13, 2023, in the Southern District of Iowa, Defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON, residents of Solon, Iowa, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return, Form 1040, for the calendar year 2022, which was verified by a written declaration that it was made under the penalties of perjury and which defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON did not believe to be true as to every material matter. Line 25a of said Form 1040 reported federal income tax withheld from Forms W-2 in the amount of $42,109, and line 33 of said Form 1040 reported total payments in the amount of $42,109, whereas, as defendants MATTHEW AARON GRAGG and NICOLE LYNN BOLTON then and there well knew and believed, defendants did not

have federal income tax withheld from Forms W-2 for the calendar year 2022 in the amount of $42,109 and did not make total payments in the amount of $42,109.

This is a violation of Title 26, United States Code, Section 7206(1), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Joseph H. Lubben
Andrew H. Kahl
Assistant United States Attorneys